IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAHIANNA TORRES, *ET AL.*, | ) CASE NO. |
| Plaintiffs, | ) <br> ) JUDGE |
| v. | ) <br> ) **NOTICE OF REMOVAL OF CIVIL** <br> ) **ACTION** |
| DINO PALMIERI SALONS., INC., *ET AL.*, | ) |
| Defendants. | ) <br> ) <br> ) |

TO: THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

Defendants Dino Palmieri Salons, Inc. and Dino Palmieri, by and through their undersigned counsel, hereby give notice of removal of this lawsuit from the Cuyahoga County Court of Common Pleas to the United States District Court for the Northern District of Ohio, Eastern Division, and respectfully submit to this Honorable Court:

1. On or about June 27, 2019, Plaintiffs filed an action in the Cuyahoga County Court of Common Pleas, entitled *Dahianna Torres, et al. v. Dino Palmieri Salons. Inc. et al.*, Case No. CV 19 917453. Service of the *Summons* and *Complaint* upon these Defendants has been waived, effective the date of filing, with these Defendants' counsel agreeing to waive service. A copy of the *Complaint* was served on these Defendants, via email to their counsel, on June 27, 2019. A true copy of the *Complaint* is attached hereto. No *Summons* is attached since none was received. No other pleadings have been filed, entered, served or issued upon these Defendants or by these Defendants in this matter.

2. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within 30 days of receipt of the *Complaint* by Defendants.

3. Plaintiffs' *Complaint* asserts minimum wage claims under the federal Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. *See Complaint* at page 1 ("This is a 'Collective Action' instituted by Plaintiffs to remedy wage theft in the form of violations of Ohio law and the Fair Labor Standards Act…29 U.S.C. §§201.219"); ¶64 (Plaintiffs "bring Count I of this action on their own behalf pursuant to 29 U.S.C. §216(b), and on behalf of all other persons similarly situated"); Count I ("Fair Labor Standards Act Violations"); Prayer for Relief, §§A, B (asking to proceed as a collective action "pursuant to 29 U.S.C. §216(b)" and to issue notices, pursuant to "29 U.S.C. §216(b)".)

4. Under 29 U.S.C. §216(b), the United States District Courts have original jurisdiction over actions under the Fair Labor Standards Act. As a result -- and as confirmed by the Supreme Court in <u>Breuer v. Jim's Concrete of Brevard, Inc.</u>, 538 U.S. 691, 693 (2003) -- the United States District Court for the Northern District of Ohio, Eastern Division, has jurisdiction over Plaintiffs' FLSA claims pursuant to 29 U.S.C. §216(b) without regard to the amount in controversy or diversity of the parties, and this action may be removed to this Court pursuant to 28 U.S.C. §§1331, 1367(a), 1441 and 1446, as well as 29 U.S.C. §216(b).

5. To the extent Plaintiffs' other purported causes of action do not allege federal claims, this Court has supplemental jurisdiction over those pendant state law claims pursuant to 28 U.S.C. §§1367(a) and 1441(c).

6. Pursuant to 28 U.S.C. §1391, venue is proper in the United States District Court for the Northern District of Ohio, Eastern Division, because all or a substantial part of the *alleged* events and omissions giving rise to Plaintiffs' claims purportedly occurred within this

judicial district, because Defendants conduct business within Cuyahoga County, Ohio, and because Cuyahoga County is where Plaintiffs performed services for the corporate Defendant. *See* Complaint ¶20.

                                      Respectfully submitted,

                                      BUCKINGHAM, DOOLITTLE & BURROUGHS, LLC

                                      By:/s/Barry Y. Freeman
                                            Barry Y. Freeman (0062040)
                                            One Cleveland Center
                                            1375 East Ninth Street, Suite 1700
                                            Cleveland, OH  44114
                                            Telephone: 216.736.4223
                                            Facsimile: 216.615.3023
                                            bfreeman@bdblaw.com

                                      *Attorney for Defendants Dino Palmieri Salons, Inc. and Dino Palmieri*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, a true and correct copy of the foregoing *Notice of Removal of Civil Action* was served on Counsel for Plaintiff, via the Court's electronic filing system.

                                                      /s/Barry Freeman

CL2:496961_v1